STATE OF MAINE                              SUPERIOR COURT
WASHINGTON, ss.                              CIVIL ACTION
                                         DOCKET NO. AP-00-012

*NM- WAS- 10/5/2000*
*DONALD L. GARBRECHT*
*LAW LIBRARY*

OCT 13 2000

LARRY CASEY,

        Petitioner

    vs.                                    DECISION AND ORDER

SCHOOL UNION #106 and
CALAIS SUPERINTENDENT
OF SCHOOLS,

        Respondents


The respondents have filed a motion to dismiss and argue that the court has no subject matter jurisdiction to review the action of a school superintendent in deciding not to nominate a probationary teacher for a continuing contract and not to proceed to arbitration. See M.R. Civ. P. 12(b)(1). A review of the Rule 80C Petition reveals that the petitioner was a probationary teacher. See, e.g., Petition at 2, 3, 4, 6. The petitioner has filed no request for joinder with independent claims. See M.R. Civ. P. 80C(i).

The law in Maine "deliberately leaves the decision whether to review a probationary teaching contract to the unfettered discretion of the school board." Marxsen v. Board of Directors, M.S.A.D. # 5, 591 A.2d 867, 869 n.4 (Me. 1991) overruled in part by Underwood v. City of Presque Isle, 1998 ME 166, ¶ 22, 715 A.2d 148, 155; see also 20-A M.R.S.A. § 13201 (1993). This court has no authority to

compel the defendants to take action they are not legally bound to take.  <u>See</u>

<u>Annable v. Board of Envtl. Protection</u>, 507 A.2d 592, 594 (Me. 1986).

The entry is

The Respondents' Motion to Dismiss is GRANTED.

The Respondents' second Motion to Dismiss, the
Petitioner's Motion for Default Judgment, the
Respondents' Motion to Amend Pleadings, and the
Respondents' Motion to Strike are MOOT.

Dated: October 5, 2000

Nancy Mills
Justice, Superior Court

WASH-AP-00-012

FILED AND ENTERED

ATTEST  OCT 11 2000

MARILYN E. BRALEY Clerk

2

Date Filed 7/26/00     Washington     Docket No. __AP-00-012__

County

Action __80C Appeal__

**DONALD L. GARBRECHT**
**LAW LIBRARY**

OCT 12 2000

Larry M. Casey      vs.    Dr. May Bouchard and Calais School Board 10

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Pro Se<br>P.O. Box 1200<br>Calais, Maine 04619 | David J. Fletcher, Esq.   Bar #197<br>Fletcher and Mahar<br>P.O. Box 402<br>Calais, Maine 04619 |

Date of
Entry